UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO. 3:19-MD-2885 |
| This Document Relates To: | ) ) ) | |
| *Jesse Moline v 3M Company et al.* Case No. 8:20-cv-24957-MCR-GRJ | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that the claims of Plaintiff in the above captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated: April 6, 2022.                                              Respectfully submitted,

**WATTS GUERRA LLP**

*/s/ Mikal C. Watts*

Mikal C. Watts (*Pro Hac Vice*)
Erin Rogiers (*Pro Hac Vice*)
5726 W. Hausman Rd., Suite 119
San Antonio, Texas 78249
Telephone: (210) 448-0500
Facsimile: (210) 448-0501
Email: mcwatts@wattsguerra.com
         erogiers@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**

Dated: April 6, 2022.                                        **THOMAS COMBS & SPANN, PLLC**

<u>/s/ Susan M. Robinson</u>
Susan M. Robinson, WV Bar No. 5169
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone: (304) 414-1808
Facsimile: (304) 414-1801
Email: srobinson@tcspllc.com

*Counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on April 6, 2022, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Mikal C. Watts*
Mikal C. Watts
